An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

WARD ENTERPRISES, INC.;
LAWRENCE ALLEN; ALAN S. LEVIN;
AND GOLDEN CHAIN, INC.,
Appellants,
vs.
MITCHELL W. FANNING; LAKE
MOUNTAIN MINING, LLC; JEREMY
M. JONES; JEFFREY T. JONES;
DANNELL L. FANNING; MINERAL
EXPLORATION SERVICE, LTD.; ALAN
DAY; TARGET MINERAL, INC.;
GERALD METALS, LLC; DENNIS
SMITH; TED SMITH; DENNIS SMITH
AND TED SMITH D/B/A OLINGHOUSE
DEVELOPMENT COMPANY;
STANDARD CHARTERED BANK;
CREDIT AGRICOLE INDOSUEZ
NORTH AMERICA; ALTA GOLD
MINING CO.; WRIGHT PARKS;
PARABORA, LLC; AND TERRA
GRANDE, LLC,
Respondents.

No. 63789

FILED

DEC 1 8 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

In responding to this court's show cause order regarding its jurisdiction over this appeal, appellants concede that this court lacks jurisdiction over this appeal. Respondents have not stated any objections to the dismissal of the appeal in their replies to these responses. We construe appellants' arguments as consenting to the dismissal of this

SUPREME COURT
OF
NEVADA

(O) 1947A

appeal, and therefore approve the request and dismiss this appeal, with the parties to bear their own fees and costs. NRAP 42(b).

It is so ORDERED.[1]

_____, C.J.

cc:   Hon. Patrick Flanagan, District Judge
Lansford W. Levitt, Settlement Judge
Gordon Silver/Reno
Marquis Aurbach Coffing
Holland & Hart LLP/Reno
Kolesar & Leatham, Chtd.
Woodburn & Wedge
Keesal Young & Logan
Kalicki Collier, PLLC
Molof & Vohl
Lionel Sawyer & Collins/Reno
Washoe District Court Clerk

---

[1]In light of this order, we deny as moot all requests for relief pending in this appeal. The clerk of this court shall therefore return, unfiled, the motion to dismiss provisionally received on October 4, 2013.